Judge Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUY CRUZ, JR.,<br><br>Defendant,<br><br>and<br><br>TODD COLE,<br><br>Third-Party Petitioner. | NO. CR19-125 RSL<br><br>**SCHEDULING ORDER SETTING DISCOVERY SCHEDULE, MOTIONS DEADLINE, AND HEARING DATE RELATING TO THIRD-PARTY CLAIM TO PRELIMINARILY FORFEITED PROPERTY**<br>**[DKT. NO. 41]** |

THIS MATTER comes before the Court on the United States' Motion for a Scheduling Order setting a discovery schedule, motions deadline, and hearing date relating to the Third-Party Claim of Petitioner Todd Cole to Preliminarily Forfeited Property.

The Court, having reviewed the record, hereby FINDS that entry of an order setting a discovery schedule, motions deadline, and hearing date is necessary and appropriate pursuant to Fed. R. Crim. P. 32.2(c)(1) and 21 U.S.C. § 853(n)(2) and (4)-(6).

THEREFORE, THE COURT ORDERS:

1. The United States and Third-Party Petitioner Todd Cole (the "Parties") may engage in discovery related to his claim to preliminarily forfeited property. The discovery period will close on July 15, 2020;

2. Any dispositive motions will be filed no later than August 28, 2020; and

3. If necessary, an evidentiary hearing will be held on September 23, 2020 at 10:00 a.m.

IT IS SO ORDERED.

DATED this 10th day of June, 2020.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4383
Telephone: (253) 428-3800
E-mail: Matthew.H.Thomas@usdoj.gov