UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUY CRUZ, JR.,<br><br>Defendant. | No. CR19-125-RSL<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Sig Sauer .45 caliber semi-automatic pistol bearing serial number G377199, and any associated ammunition; and,
2. One Charter Arms .38 caliber revolver bearing serial number 1522337, and any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 6, 2020, the Court entered a Preliminary Order of Forfeiture finding three firearms, including the two identified above, forfeitable pursuant to 18

Final Order of Forfeiture - 1
*United States v. Cruz*, CR19-125-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, , WASHINGTON 98101
(206) 553-7970

U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in them (Dkt. No. 36);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 40) and provided direct notice to three potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Michelle Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exs. A – C);
- One third-party claim was filed and settled with return of one of the three firearms (Dkt. No. 45); and,
- The time for filing third-party claims has expired, and no other claims were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified firearms and associated ammunition exists in any party other than the United States;

2. The firearms and any associated ammunition are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and/or their representatives, are authorized to dispose of the firearms and any associated ammunition as permitted by governing law.

IT IS SO ORDERED.

DATED this   4th   day of November, 2020.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture - 2
*United States v. Cruz*, CR19-125-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, , WASHINGTON 98101
(206) 553-7970

Presented by:

 */s Michelle Jensen*
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2619
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Cruz*, CR19-125-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, , WASHINGTON 98101
(206) 553-7970